**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:17-CV-02154-MPS |
| [REDACTED] | ) Honorable Judge Michael P. Shea |
| Defendant. | ) |

**APPEARANCE**

Dear Sir/Madam:

Please enter my appearance as Counsel for the Defendant, [REDACTED], in the above-entitled case.

Dated at Waterbury, Connecticut this 19th day of July 2018.

DEFENDANT,
[REDACTED]

By:   */s/ Amita P. Rossetti*
Amita P. Rossetti, Esq.
Federal Bar No. ct29526
Tinley, Renehan & Dost, LLP
60 North Main Street, 2nd Floor
Waterbury, CT  06702
Telephone: (203) 596-9030
Facsimile: (203) 596-9036
E-Mail:  arossetti@tnrdlaw.com

**CERTIFICATION OF SERVICE**

      I hereby certify that on July 19, 2018, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF system.

Charles Mudd, Esq.
Mudd Law Offices
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
*Of Counsel for Defendant [REDACTED]*

                                                               ***/s/ Amita P. Rossetti***
                                                               Amita P. Rossetti