UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>[REDACTED],<br><br>                  Defendant. | Civil Action No. 3:17-cv-02154-MPS |

**JOINT STATUS REPORT**

Plaintiff, Malibu Media, LLC ("Plaintiff") and Defendant, [REDACTED] ("Defendant"), by and through their undersigned counsels and pursuant to this Honorable Court's Scheduling Order of October 26, 2018 [CM/ECF 29], hereby submit this Joint Status Report.

(a) The status of the case, describing the status of discovery and identifying any pending motions and any circumstances potentially interfering with the parties' compliance with the Scheduling Order;

The parties are currently conducting discovery. In 2018, the Defendant propounded, and Plaintiff responded to Defendant's Request for Production. Plaintiff has propounded interrogatories, requests to produce, and request for admissions on May 9, 2019. Defendant's responses are due June 10, 2019. On May 9, 2019, Plaintiff also requested dates for deposition of Defendant in June, but Defendant will not be available until July. There are no pending motions.

(b) Interest in referral for settlement purposes to a United States magistrate Judge or to the District's special masters program;

The Plaintiff would propose private mediation at the end of discovery. The Defendant suggests that a Magistrate Judge would be helpful, particularly as no activity occurred on this case for more than six months.

(c) Whether the parties will consent to a trial before a United States Magistrate Judge; and

The parties will not consent to a trial before a United States Magistrate Judge.

(d) The estimated length of trial.

The estimated length of trial is four (4) days.

Dated: May 14, 2019

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Kevin T. Conway*<br>Kevin T. Conway, Esq. (30364)<br>80 Red Schoolhouse Road, Suite 110<br>Spring Valley, NY 10977<br>T: 845-352-0206<br>F: 845-352-0481<br>E-mail: ktcmalibu@gmail.com<br>*Attorney for Plaintiff* | By: /s/ *Charles Lee Mudd, Jr.*<br>Charles Lee Mudd, Jr., Esq.<br>Mudd Law<br>3114 West Irving Park Road, Ste 1W<br>Chicago, Illinois 60618<br>T: 773-588-5410<br>F: 773-588-5440<br>E-mail: clm@muddlaw.com<br>*Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system

By: */s/ Kevin T. Conway*